# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. THOMAS ALI DAVIS

Docket No. 3:00CR00094(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Ali Davis who was sentenced to 53 months imprisonment for a violation of 18 U.S.C. 922(g)(1), Felon in Possession of a Firearm by the Honorable Christopher F. Droney, U.S. District Judge sitting in the Court in Hartford, Connecticut on March 2, 2001, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special condition and terms as follows: 1) The defendant shall be prohibited from possessing a firearm or other dangerous weapon; and 2) The defendant is required to participate in a substance abuse program approved by the probation officer.

Thomas Ali Davis began supervision on March 3, 2005. His scheduled termination date is March 2, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

To modify the defendant's conditions of supervised release to include mental health counseling. On November 17, 2006, the defendant tested positive for marijuana. The defendant reported that he is struggling with the death of his mother which occurred the day before Thanksgiving 2005. Upon completion of the defendant's relapse prevention group he can matriculate into mental health treatment.

On December 5, 2006, the defendant's attorney, Assistant Federal Defender Gary Weinberger was notified of this request and he had no objections to the modification.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.

■ To modify the conditions of supervision as follows:

The defendant shall participate in a mental health treatment program approved by the probation office. The defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay in an amount determined by the probation officer.

ORDER OF COURT

Considered and ordered this 9th day of ~~December, 2006~~ April 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Jennifer Amato
United States Probation Officer

Place: Hartford, Connecticut

Date: 12/21/06