# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. THOMAS DAVIS                                  Docket No. 3:00CR00094(CFD)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Davis who was sentenced to 53 months' imprisonment for a violation of 18 U.S.C. 922(g)(1), Felon in Possession of a Firearm by the Honorable Christopher F. Droney, U.S. District Judge sitting in the court in Hartford, Connecticut on March 2, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant is prohibited from possessing a firearm or other dangerous weapon and 2) The defendant is required to participate in a substance abuse program approved by the probation officer.

Thomas Davis began supervision on March 4, 2005 and his supervision is scheduled to expire on March 4, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall participate in a program of mental health treatment to include either inpatient or outpatient treatment. The defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay, as approved by the U.S. Probation Office.

**ORDER OF COURT**

Considered and ordered this _____ day of May, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Respectfully Submitted,

Jennifer Amato
Senior United States Probation Officer

Place: Hartford, Connecticut

Date: 5/30/07

PROB 49
(3/89)

# United States District Court

### District of Connecticut

### Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall participate in mental health treatment as approved by the probation office. The defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay in an amount determined by the probation officer.

Witness: _____  
Jennifer Amato  
U.S. Probation Officer

Signed: _____  
Thomas Davis  
Supervised Releasee

_5/21/07_  
Date