Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** THOMAS DAVIS

**Docket No.** 3:00CR00094(CFD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer Amato, Senior U.S. Probation Officer of the Court, presenting an official report upon the conduct and attitude of Thomas Davis who was sentenced to 53 months' imprisonment for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm, by the Honorable Christopher F. Droney, U.S. District Judge sitting in the court at Hartford, Connecticut on March 2, 2001, who fixed the period of supervision at 3 years which commenced on March 4, 2005 and imposed the general terms and conditions theretofore adopted by the court. The Court imposed the following special conditions: 1) The defendant is prohibited from possessing a firearm or other dangerous weapons; and 2) The defendant is required to participate in a substance abuse program approved by the probation officer.

Mr. Thomas' scheduled termination date is March 3, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

Charge No: 1 Mandatory Condition No. 1: The defendant shall not commit another federal, state or local crime. On October 15, 2007, the defendant was arrested via arrest warrant by the Manchester, Connecticut Police Department and charged with Possession of Cocaine, Sale of Cocaine, Possession of Drugs within 1500' of a School, Sale of Drugs within 1500' of a School and Operating Under Suspension. These cases are pending under the following docket numbers: H12M-CR07-213583, H12M-CR07-213584, H12M-CR07-213585, H12M-CR07-213586, H12M-CR07-213587 and H12M-CR07-213588 respectively. The defendant is in custody under a $275,000 bond. He is scheduled to appear in Manchester Superior Court on December 4, 2007. (See attached police affidavit.)

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer so that Thomas Davis shall appear before this court at Hartford, Connecticut to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _5th_ day of November, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By

_Jennifer Amato_
Senior United States Probation Officer

Place _Hartford, CT._

Date _11/5/07_

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _5th_ day of November 2007 at Hartford, Senior U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge