6UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**APPEARANCE**

United States of America

v.                              **CASE NUMBER: 3:00CR94 CFD**

Thomas A. Davis

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for: Thomas A. Davis**

March 10, 2008
**Date**                                                                                                **Signature**

ct00016                                                                                         Richard S. Cramer
**Federal Bar Number**                                                                  **Name**

(860) 560-7704                                                                              250 Hudson Street
**Telephone Number**                                                                    **Address**

(860) 560-7706                                                                              Hartford, CT 06106
**Fax Number**

cramer@snet.net
**E-mail Address**

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas Daily
Assistant U. S. Attorney
450 Main Street
Hartford, CT 06103

                                                                        _____
                                                                        **Signature**