UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO.3:00CR94(CFD) |
| THOMAS A. DAVIS | : | MARCH 28, 2008 |

**APPEARANCE**

The undersigned attorney hereby requests that his appearance as counsel for the Government be entered in the above-entitled case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JONATHAN S. FREIMANN
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv02386
    450 Main Street, Rm. 328
    Hartford, CT   06103
    (860) 947-1101

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 28th day of March, 2008, to the following:

Richard S. Cramer, Esq.
250 Hudson Street
Hartford, CT 06106

    _____
    JONATHAN S. FREIMANN
    ASSISTANT UNITED STATES ATTORNEY