No. 3:00CR94(CFD)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of THOMAS A. DAVIS (Inmate No. 234650; DOB 10/27/1977) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said THOMAS A. DAVIS before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on April 18, 2008 at 10:00 A.M., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said THOMAS A. DAVIS for violation of Title 18, United States Code, Section 3583(e), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said THOMAS A. DAVIS to the Hartford Correctional Center under safe and secure conduct.

|  |  |
|---|---|
|  | ROBERTA D. TABORA |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated |  |
| at Hartford, Connecticut, |  |
| this 28th day of March, 2008. | _____ |
|  | DEPUTY CLERK |

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:00CR94(CFD) |
| THOMAS A. DAVIS | : March 28, 2008 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Jonathan S. Freimann, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On April 18, 2008, at 10:00 A.M., there will come before this Court, at Hartford, Connecticut, the criminal case of United States of America v. Thomas A. Davis, Criminal No. 3:00CR94(CFD).

2. That the above-named defendant, Thomas A. Davis, is charged with violation of Title 18, United States Code, Section 3583(e).

3. That the said Thomas A. Davis is now confined at the Hartford Correctional Center.

That the said Thomas A. Davis should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

Hartford Correctional Center, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Thomas A. Davis at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                        UNITED STATES OF AMERICA

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        JONATHAN S. FREIMANN
                                        ASSISTANT UNITED STATES ATTORNEY

```
STATE OF CONNECTICUT            :
                                :ss. Hartford, March 28, 2008
COUNTY OF HARTFORD              :
```

Personally appeared before me Jonathan S. Freimann, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

```
_____
BERNADETTE ELLIS
NOTARY PUBLIC
My Commission Expires: March 31, 2009
```