UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:00CR94(CFD)

(in addition to Atty. Richard Cramer)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Thomas Davis

| | |
|---|---|
| 4/18/08 | *[Signature]* |
| **Date** | **Signature** |
| CT 00014 | GERALD M. KLEIN |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 278-0043 | 21 Oak St. |
| **Telephone Number** | **Address** |
| (860) 246-0514 | Hartford, CT 06106 |
| **Fax Number** | |
| GERALD MKLEIN@HOTMAIL.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

U.S. Atty.

*[Signature]*
/Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001